No. 90–5044.  IN RE GILL;
No. 90–5078.  IN RE SILVERBURG;
No. 90–5104.  IN RE ANTONELLI;
No. 90–5132.  IN RE BROWN;
No. 90–5218.  IN RE MCKNIGHT; and
No. 90–5333.  IN RE HARRISON.  Petitions for writs of habeas corpus denied.

No. 90–5369 (A–88).  IN RE VEY.  Application for bail, addressed to JUSTICE O'CONNOR and referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 89–7455.  IN RE ARCHIE;
No. 89–7621.  IN RE CEDILLO;
No. 89–7639.  IN RE HAYDEN;
No. 89–7682.  IN RE TAYLOR;
No. 89–7740.  IN RE CARSON;
No. 89–7755.  IN RE COOK;
No. 89–7785.  IN RE COLLIER;
No. 89–7880.  IN RE KALTENBACH;
No. 90–155.  IN RE MILLAN;
No. 90–184.  IN RE ROYCE;
No. 90–5108.  IN RE CEDILLO;
No. 90–5317.  IN RE HEGWOOD;
No. 90–5325.  IN RE GRAY; and
No. 90–5372.  IN RE ABDUL-AKBAR.  Petitions for writs of mandamus denied.

No. 89–1849.  MANSELL v. MANSELL.  Ct. App. Cal., 5th App. Dist.  Petition for writ of mandamus or certiorari denied.

No. 89–7667.  IN RE MAGEE;
No. 89–7768.  IN RE ELDRIDGE; and
No. 89–7773.  IN RE JORDAN.  Petitions for writs of mandamus and/or prohibition denied.

No. 89–1322.  OKLAHOMA TAX COMMISSION v. CITIZEN BAND POTAWATOMI INDIAN TRIBE OF OKLAHOMA.  C. A. 10th Cir. Certiorari granted.

No. 89–1493.  AIR LINE PILOTS ASSN., INTERNATIONAL v. O'NEILL ET AL.  C. A. 5th Cir.  Certiorari granted.